**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

MAY 2 6 2010

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA, )
)
  Plaintiff, ) CRIMINAL NO. 10-1534
)
vs. ) Count 1: 18 U.S.C. § 2423(a):
) Transportation With Intent To Engage
) In Criminal Sexual Activity
**EDWARD CHRISTY**, )
)
  Defendant. ) Counts 2 through 4: 18 U.S.C. §§
) 2252(a)(4)(B), 2252(b)(2),and 18
) U.S.C. § 2256: Possession of Matter
) Containing Visual Depictions of
) Minors Engaged in Sexually Explicit
) Conduct.
)

## INDICTMENT

The Grand Jury charges:

### Count 1

On or between November 8, 2009 to November 9, 2009, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **EDWARD CHRISTY**, knowingly transported Jane Doe, an individual who not attained the age of 18 years, in interstate commerce, that is, from the State of California to the State of New Mexico, with intent that Jane Doe engage in any sexual activity for which any person can be charged with a criminal offense, that is, Criminal Sexual Penetration In The Second Degree, in violation of N.M. Stat. Ann. § 30-9-11(D)(5), Contributing To The Delinquency Of A Minor, in violation of N.M. Stat. Ann. § 30-6-3, and Unlawful Custodial Interference, in violation of N.M. Stat. Ann. § 30-4-4(C).

In violation of 18 U.S.C. § 2423 (a).

<u>Count 2</u>

On or about November 9, 2009, in Bernalillo County, in the District of New Mexico, the defendant, **EDWARD CHRISTY**, did knowingly possess a Hewlett Packard HDX 16 Laptop, Serial Number CNF9241L65, with an internal Toshiba Hard Drive MK3255GSX, Serial Number 6981F9ZNS, containing any visual depiction that had been shipped and transported in interstate and foreign commerce and which was produced using materials which had been so shipped and transported, by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and is of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

<u>Count 3</u>

On or about November 9, 2009, in Bernalillo County, in the District of New Mexico, the defendant, **EDWARD CHRISTY**, did knowingly possess a Memorex Travel Drive 2GB USB, containing any visual depiction that had been shipped and transported in interstate and foreign commerce and which was produced using materials which had been so shipped and transported, by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and is of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

<u>Count 4</u>

On or about November 9, 2009, in Bernalillo County, in the District of New Mexico, the defendant, **EDWARD CHRISTY**, did knowingly possess TC desktop computer, with Western Digital 8 GB Hard Drive, Serial Number WT527, containing any visual depiction that had been shipped and transported in interstate and foreign

commerce and which was produced using materials which had been so shipped and transported, by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and is of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense alleged in this Indictment, Defendant **EDWARD CHRISTY** shall forfeit to the United States pursuant to 18 U.S.C. §§ 2251(a) and 2253:

(A).   Honda SUV with VIN JHLRD788530017428 bearing New Mexico license plate KGK120;

(B).   Hewlett Packard HDX 16 Laptop, Serial Number CNF9241L65, with an internal Toshiba hard drive MK3255GSX, Serial Number 6981F9ZNS;

(C).   Memorex Travel Drive 1GB USB;

(D).   USB 64MB Flash Drive;

(E).   Imation 700 MB CD "backups";

(F).   Iomega PC100 Zip Disk, 100 MB "Ed Christy lab";

(G).   SyQuest Tape Drive, 135 MB; and

(H).   TC Computer Desktop, with Western Digital 8GB Hard Drive, Serial Number WT527.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

_____ 05/24/10  1:41pm