# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD., N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE - (505) 348-2280
FACSIMILE - (505) 348-2285



JAMES O. BROWNING
    District Judge

June 14, 2010

**VIA CM/ECF**

Charlyn E. Rees
United States Attorney's Office
201 Third Street, N.W., Suite 900
Post Office Box 607
Albuquerque, New Mexico 87103

Jonas Rane
Brusuelas and Rane, LLC
1015 5th Street, N.W.
Albuquerque, New Mexico 87102

Lee P. McMillian
Law Offices of Lee McMillian, P.C.
507 Nebraska Street
South Houston, Texas 77587

Robert L. Cole
Law Office of Robert L. Cole
6303 Indian School Road, Suite 100
Albuquerque, New Mexico 87110

Re:  United States of America v. Edward Christy, No. CR 10-1534 JB

Dear Counsel of Record:

I want to bring one matter to your attention. I have, with my law clerks, reviewed the Judicial Code of Conduct and do not believe this matter requires me to recuse myself. I want, however, everyone to be fully informed about, and fully comfortable with, my participation in the case.

My twenty-six year old son has threatened suicide over the years since he was a boy and has attempted suicide on several occasions. In 2008, he overdosed or attempted to overdose on antidepressants and/or sleeping pills, usually with alcohol. He has, however, done well or better the last two years, although he remains under the care of a psychologist in New York City, where he is working in a Ph.D. program.

I believe that I can be fair and impartial. If anyone, however, has any questions about the

Counsel of Record
Re:   United States of America v. Edward Christy, No. CR 10-1534 JB
June 14, 2010
Page 2

above, please let my Courtroom Deputy Clerk, K'Aun Wild, know, and we can perhaps have a conference call.  I have instructed Mrs. Wild not to tell me who may call.  Best regards.

Sincerely,

James O. Browning
United States District Judge