UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD., N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE: (505) 348-2280
FACSIMILE: (505) 348-2285



JAMES O. BROWNING
    District Judge


July 7, 2011

**VIA CM/ECF**


Charlyn E. Rees
Holland S. Kastrin
United States Attorney's Office
201 Third Street, N.W., Suite 900
Post Office Box 607
Albuquerque, New Mexico 87103

Lee P. McMillian
Law Offices of Lee McMillian, P.C.
507 Nebraska Street
South Houston, Texas 77587

    Re:  United States of America v. Edward Christy, No. CR 10-1534 JB

Dear Counsel of Record:

    As a follow-up to my letter of June 14, 2010, I want to bring a matter to your attention. I have, with my law clerks, reviewed the Judicial Code of Conduct and do not believe this matter requires me to recuse myself. I want, however, everyone to be fully informed about, and fully comfortable with, my participation in the case.

    On the night of June 24, 2011, my middle son, Jake, attempted suicide again in New York. He has increased the number of his visits to his psychiatrist. He is also looking for a psychotherapist.

    I believe that I can continue to be fair and impartial. If anyone, however, has any questions about the above, please let my Courtroom Deputy Clerk, K'Aun Wild, know, and we can perhaps have a conference. I have instructed Mrs. Wild not to tell me who may call. Best regards.

Counsel of Record
Re:  United States of America v. Edward Christy, No. CR 10-1534 JB
July 7, 2011
Page 2

Sincerely,

*/s/ James O. Browning*
James O. Browning
United States District Judge