# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                              No. CR 10-1534 JB

EDWARD CHRISTY,

       Defendant.

### MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the United States' Motion *in Limine* Regarding Motel 6 Certified Records of Regularly Conducted Business Activity, filed May 2, 2011 (Doc. 111)("Motion").  The Court held a hearing on May 5, 2011.  The primary issues are whether the documents the United States has attached to the Motion, labeled Government Exhibit 201, are admissible because they qualify: (i) as self-authenticating pursuant to Federal Rule of Evidence 902(11); and (ii) for an exception to the hearsay rule pursuant to Federal Rule of Evidence 803(6).  Christy filed no response to this Motion.  At the hearing, Christy said that he does not intend to oppose this Motion.  Accordingly, the Court grants the Motion.

**IT IS ORDERED** that the United States' Motion *in Limine* Regarding Motel 6 Certified Records of Regularly Conducted Business Activity, filed May 2, 2011 (Doc. 111), is granted. The Court rules that Government Exhibit 201 is admissible based on the fact that the documents in the exhibit are self-authenticating under rule 902(11) and fall within a hearsay exception under rule 803(6).

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J.  Gonzales
  United States Attorney
Charlyn E. Rees
Holland S. Kastrin
  Assistant United States Attorneys
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Lee P. McMillian
Law Offices of Lee McMillian, P.C.
South Houston, Texas

      *Attorney for the Defendant*