IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 10-1534 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **EDWARD CHRISTY**, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' MOTION FOR § 3E1.1 (b) DOWNWARD ADJUSTMENT

Pursuant to USSG § 3E1.1 (b), the United States moves for a one-level downward adjustment in the Defendant's sentencing guidelines offense level.

1. Pursuant to USSG § 3E1.1 (a), the Defendant has clearly demonstrated acceptance of responsibility for this offense. The defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of the Defendant's intention to enter a plea of guilty.

2. Prior to the operation of USSG § 3E1.1 (a), the Defendant's offense level was 16 or greater.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

/s/
CHARLYN REES
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court
using the CM/ECF system which will send
notification to opposing counsel of record.
   *Filed Electronically*
Charlyn Rees
Assistant U.S. Attorney