IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                            No. CR 10-1534 JB

EDWARD CHRISTY,

      Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Notice of Objection and Motion to Quash or Modify Subpoena, filed May 21, 2012 (Doc. 207)("Motion to Quash").  The Court held a sentencing hearing on May 23, 2012.  The primary issue is whether the Court should modify or quash the subpoenas Defendant Edward Christy has served upon Assistant District Attorney Lisa Trabaudo and former Assistant District Attorney Brett Loveless to attend the sentencing hearing on May 23, 2012, and to produce documents at the sentencing hearing.  Given that Christy, at the sentencing hearing, did not desire to pursue the attendance of these two individuals, the Court will deny the Motion to Quash as moot.

**IT IS ORDERED** that the Notice of Objection and Motion to Quash or Modify Subpoena, filed May 21, 2012 (Doc. 207), is denied as moot.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzales
  United States Attorney
Charlyn E. Rees
Holland S. Kastrin
  Assistant United States Attorneys
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Lee P. McMillian
Law Offices of Lee McMillian, P.C.
South Houston, Texas

    *Attorney for the Defendant*