IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                                 No. CR 10-1534 JB

EDWARD CHRISTY,

      Defendant.

## MEMORANDUM OPINION AND ORDER

      **THIS MATTER** comes before the Court on Defendant's Motion for Leave to File out of Time Objections to Presentence Report, filed March 15, 2012 (Doc. 203)("Motion"). The Court held a sentencing hearing on May 23, 2012. The primary issue is whether the Court should grant Defendant Edward Christy leave to late file his Defendant's Objections to Presentence Report, filed March 15, 2012 (Doc. 203-1). Plaintiff United States of America has not filed a response to the Motion. At the sentencing hearing on May 23, 2012, the United States did not raise any opposition to the Motion, and the Court considered the objections Christy raised and argued. Given that the United States has not opposed the Motion, and the Court otherwise believes that granting the Motion is proper, the Court will grant the Motion and considers Christy's objections.

      **IT IS ORDERED** that Defendant's Motion for Leave to File out of Time Objections to Presentence Report, filed March 15, 2012 (Doc. 203), is granted.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzales
  United States Attorney
Charlyn E. Rees
Holland S. Kastrin
  Assistant United States Attorneys
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Lee P. McMillian
Law Offices of Lee McMillian, P.C.
South Houston, Texas

    *Attorney for the Defendant*