IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff/Appellee,

v.                                                                  No. CR 10-1534 JB

EDWARD CHRISTY,

        Defendant/Appellant.

**ORDER GRANTING MOTION TO PROCEED
ON APPEAL WITHOUT PREPAYMENT OF COSTS OR FEES**

      THIS MATTER having come before the Court upon Edward Christy's Motion for leave to Proceed on Appeal Without Prepayment of Costs or Fees, and the Court being fully advised;

      **IT IS ORDERED** that the motion is hereby granted and Edward Christy may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE