IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.     No. CV 15-0881 JB/LAM
      CR 10-1534 JB

EDWARD CHRISTY,

    Defendant/Movant.

## ORDER

**THIS MATTER** is before the Court, *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts on Defendant/Movant's *Motion Under 18 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CIV Doc. 1; CR Doc. 250)*, and amended § 2255 Motion [*CIV Doc. 4; CR Doc. 252*] (hereinafter, collectively, "§ 2255 Motion"). The Court will order the United States to answer Defendant/Movant's § 2255 Motion.

**IT IS THEREFORE ORDERED** that the Clerk is directed to forward to Plaintiff/Respondent United States a copy of Defendant/Movant's § 2255 Motion [*CIV Docs. 1* and *4; CR Docs. 250* and *252*] and supporting papers and exhibits, if any, together with a copy of this order;

**IT IS FURTHER ORDERED** that the United States shall answer Defendant/Movant's § 2255 Motion [*CIV Docs. 1* and *4; CR Docs. 250* and *252*] **within twenty-three (23) days of entry of this Order.**

    IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**